UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHOENIX FEELEY,

                Plaintiff,

  -against-

POLICE OFFICER MICHAEL JURENA,
Shield No. 24700,

                Defendant.
-----------------------------------------------------------------X

VERDICT FORM

15 Civ. 8349 (PKC)

**Question 1:**

Has plaintiff proven by a preponderance of the evidence her excessive force claim against defendant Michael Jurena?

    Yes_____        No____✓____

*If you answered "Yes" to this question, proceed to Question 2. If you answered "No" to this question, proceed to Question 3.*

**Question 2:**

Has plaintiff proven by a preponderance of the evidence that she suffered compensatory damages as a result of being subjected to excessive force?

    Yes_____        No_____

If you answered "Yes," state the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence that she is entitled to for her excessive force claim:

$_____

If you answered "No," state the amount of nominal damages, not to exceed one dollar, you award plaintiff on her excessive force claim:

$_____

*Proceed to Question 3.*

**Question 3:**

Has plaintiff proven by a preponderance of the evidence her First Amendment retaliation claim against defendant Michael Jurena?

Yes_____          No____✓____

*If you answered "Yes" to this question, proceed to Question 4.*

*If you answered "No" to this question and "Yes" to Question 1, proceed to Question 5.*

*If you answered "No" to this question and "No" to Question 1, your deliberations are finished. Sign and date the verdict sheet and return it to the Deputy Marshal.*

**Question 4:**

Has plaintiff proven by a preponderance of the evidence that she suffered compensatory damages as a result of being subjected to First Amendment retaliation?

Yes_____          No_____

If you answered "Yes," state the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence that she is entitled to for her First Amendment retaliation claim:

$_____

If you answered "No," state the amount of nominal damages, not to exceed one dollar, you award plaintiff on her First Amendment retaliation claim:

$_____

*Proceed to Question 5.*

**Question 5:**

(a) Has the plaintiff proven that defendant Michael Jurena acted maliciously or wantonly, and if so, that plaintiff is entitled to an award of punitive damages?

Yes_____          No_____

2

(b) If you answered "Yes" to this question, state the dollar amount of punitive damages that you award:

$ _____

You have completed all questions. Please proceed to the signature line.

**Foreperson, please sign and date the verdict sheet. Then, without disclosing your verdict, advise the Deputy Marshal in a note that you have reached a verdict and are ready to return to the courtroom to announce your verdict.**

DATED: ___June 8___, 2018
New York, NY

_____
FOREPERSON
Jorge Solares-Parkhurst

3