UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOENIX FEELY,

                Plaintiff,                                15 **CIVIL** 8349 (PKC)

        -against-                                    **JUDGMENT**

OLICE OFFICER MICHAEL JURENA,
Shield No. 24700,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable P. Keven Castel, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

DATED: New York, New York
             July 24, 2018

                                                              RUBY J. KRAJICK

So Ordered:                                     Clerk of Court

                                                BY:
_____                     _____
  U.S.D.J.                                            Deputy Clerk